UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEIFEI GU,<br><br>                              Plaintiff,<br><br>           -against-<br><br>VINCENT JAMES DIDONATO III, ET AL.,<br><br>                              Defendants. | 24 CIVIL 5287 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 2, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 6, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge